# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL  NO: 04-91-P-H-01 |
| | ) | |
| | ) | |
| | ) | |
| VLADIMIR BAEZ | ) | |

## ORDER

The Court's prior Order sealing certain pleadings in the above case shall continue

to remain in effect until October 27, 2006 unless otherwise ordered by the Court upon

the request of a party.  So ORDERED.


/s/ D. Brock Hornby
D. Brock Hornby
U.S. District Judge



Dated at Portland, Maine this 14th of August, 2006